**Opinion issued July 24, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00328-CR

———————————

## IN RE RAMON SALGADO, JR. Relator

---

### Original Proceeding on Petition for Writ of Mandamus[1]

---

## MEMORANDUM OPINION

By petition for writ of mandamus, Relator Ramon Salgado, Jr. seeks to

compel the trial court judge to credit jail time served between February 14, 2000

through November 14, 2001. Salgado failed to provide a record demonstrating that

---

[1]  The underlying cause of action is Ramon Salgado, Jr. *v. The State of Texas*, in the District court of Harris County, Texas, 177th Judicial District, cause no. 868211, the Honorable Ryan Patrick presiding.

the trial court failed to credit Salgado for time served for the offense charged in the underlying case.

Accordingly, we **deny** relator's petition for writ of mandamus. All outstanding motions are **dismissed as moot**.

**PER CURIAM**

Panel consists of Justices Keyes, Sharp, and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).